

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00513-CR

Marcos **MELENDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7816
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 6, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice